AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 26, 2023

SEAN F. McAVOY, CLERK

DANIEL A.,

)
)
*Plaintiff*
)
v.
)
)
KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,
)

Civil Action No.   2:22-cv-00130-RHW

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Defendant's objections to the Report and Recommendation, ECF No. 21, are OVERRULED. The Report and
Recommendation, ECF No. 20, is ADOPTED in its' entirety. Plaintiff's Motion for Summary Judgment, ECF No. 15, is
GRANTED. The Commissioner's decision is REVERSED and this matter is REMANDED for further administrative
proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Defendant's Motion for Summary Judgment, ECF No. 16,
is DENIED. Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge          ROBERT H. WHALEY          on the Report and Recommendation.

Date:   10/26/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lilly Savchuk

*(By) Deputy Clerk*

Lilly Savchuk